**Order entered April 6, 2022**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-21-00949-CR

**TRUMAN KEVIN SLOAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court
Hunt County, Texas
Trial Court Cause No. 30081CR**

### ORDER

Before the Court is appellant's motion for access to the appellate record. We **GRANT** the motion and **ORDER** appellate counsel Peter I. Morgan to provide appellant with paper copies of the clerk's and reporter's records in the above case. We further **ORDER** appellate counsel to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **June 10, 2022**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Peter I. Morgan; and the Hunt County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Truman Kevin Sloan, TDCJ# 02363751, Cole Unit, 3801 Silo Road, Bonham, TX, TX 75418.

/s/ LANA MYERS
   JUSTICE